# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00280-CV

**Michael J. DeLitta, Appellant**

**v.**

**Nancy Schaefer, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-13-003516, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Previously, on the parties' joint motion, we abated this appeal until December 29, 2015, in order to allow the parties to finalize settlement negotiations. We directed the parties to file either a status report or a motion to dismiss by that date.

Appellee's counsel has filed a status report informing the Court that a dispute has arisen concerning the settlement agreement. Consequently, appellee's counsel requests that we extend the abatement period so that a hearing before the trial court may be held on appellee's motion to enforce the agreement. Further, appellee's counsel indicates that she has conferred with appellant's counsel and that the request to extend the abatement period is not opposed.

We will abate the appeal until March 1, 2016. All appellate deadlines will be tolled during the period of abatement. The parties are instructed to file either a status report or a motion to dismiss the appeal on or before March 1, 2016.

Before Chief Justice Rose, Justices Goodwin and Field

Abated

Filed: January 15, 2016